Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Robert Lee Martin
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

IBM Corpate Headquarters
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 1:25-cv-02084
Assigned To : Unassigned
Assign. Date : 1/10/2025
Description: Pro Se Gen. Civil   (F-Deck)

Jury Trial: *(check one)*   ☐ Yes   ☐ No

RECEIVED
Mail Room
JAN 10 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Lee Martin
Street Address: 3995 McClain Road
City and County: Liberty, Amite County
State and Zip Code: Mississippi 39645
Telephone Number: 601 807-0628
E-mail Address: Sweetr008@yahoo.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

IBM Build off my paper copyright Talking Watson and AI IBM SOFTWARE And SYSTEMS They have the closes one to me's Baton Rouge IBM watson IBM contact 1800-426-4968 Directory assistance 914-499-1900 Ibmidsupport@ibm.com

Defendant No. 2
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Certification Of MICRO ENTITY STATUS GROSS INCOME BASIS what happy to the patent Number If Applicable Title Smell and Tell.

(571) 272-4000 in 12 years no pate number I am waiting For It

Defendant No. 3
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

UNITED STATES DEPARTMENT of COMMERCE United States Patent and Trademark office Address Commission For pATENTS Po. Box 1450 Alexandria Virginia 22313-1450 www.uspto.gov

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

PETITION FOR REVIVAL of AN Application For PATET ABANDONED UNINTENTIONAL UNDER 37 CFR 1.137(b) Application No: 14/475,553 Art unit 2665 po Box 1450 Alexandria. VA 22313-1450 571-272-3282

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. I have the right legal right to sue them for patent infringement and potentially receive financial compensation usually in the form of damages or royalties. How do I get paid off an idea that I hold the patent right too It say Certification of micro entity STATUS (Gross Income Basis) Here are my Registration Number VA1-715-212 August 14, 2009

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Robert Lee Martin, is a citizen of the State of *(name)* Liberty, Mississippi 39645

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____

      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* IBM SOFTWARE, is a citizen of the State of *(name)* AND SYSTEMS IBM Watson. Or is a citizen of *(foreign nation)* USA are other

b. If the defendant is a corporation

The defendant, (name) **IBM**, is incorporated under the laws of the State of (name) **1 New Orchard Road Armonk**, and has its principal place of business in the State of (name) **New York 10504-1722**.
Or is incorporated under the laws of (foreign nation) **United States**,
and has its principal place of business in (name) **IBM Contact worldwide**.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

**Yes it's more than $75,000 IBM O for the first time they got paid, for the mirror computer smart smell and tell and talking that was built and the first talking Watson and understanding word as a speaker in 2011 are 2012 Robots off my paper copyright and I have another Robot to build**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Hello my name is Robert Lee Martin and I put together a Robot that will talk and tell you thing to build on in the world of man and woman are not the only people to talk. So I add the talking robot to my ideal and IBM build the only talking AI in the world. Untile they told the other world about what they had new in the beganing the new talking and think and learning people about thing they did not no about The Face Looking company of the Robots and your money**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Do IBM O me one million Dollar are what for the invention for 14 years I did not get any money for my invention maybe they o me more than that I do not no how to add it up for each year. They wont give me my patent are no money why?**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Robert Lee Martin* 12-23-2024

Signature of Plaintiff: *Robert Lee Martin*
Printed Name of Plaintiff: Robert Lee Martin

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address