**Simone Logan**

**From:** DCD Intake
**Sent:** Friday, January 24, 2025 3:24 PM
**To:** sweetro08@yahoo.com
**Cc:** DCD Intake
**Subject:** U.S. District Court for the District of Columbia Pro Se Filing Errors (Robert Lee Martin)
**Attachments:** 0721_001.pdf

Hello,

Your filing does not comply with the rules of this court. To file an action in the U.S. District Court for the District of Columbia you must provide the following:

i. Initiating Document (ex. Complaint, Petition, Notice of Removal, etc.)
ii. **Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) or the $405.00 filing fee**

All pleadings must be submitted in PDF format and have original signatures. Please refer to the court's website for pro se filing instructions. Your case will be processed once all required documents or fees have been received. Please send your documents to the following email: DCD_Intake@dcd.uscourts.gov.

Pro Se Help: https://www.dcd.uscourts.gov/pro-se-help
Pro Se Non-Prisoner Manual: https://www.dcd.uscourts.gov/sites/dcd/files/ProSeHandbookDDC%20Dec-2023.pdf

Regards,

Clerk's Office Intake
**U.S. District Court for the District of Columbia**
333 Constitution Avenue NW, Room 1225, Washington, DC 20001
**Phone:** (202) 354-3120 | **Email:** DCD_Intake@dcd.uscourts.gov
**Website:** www.dcd.uscourts.gov
ECF Forms, Instructions, and Other Information
Pro Se Help